UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES MORGAN

Plaintiff(s),

VS.                                                          2:00-CV-1174-JCM-RJJ

BILL RICHARDSON ET AL

Defendant(s),

### ORDER FOR DESTRUCTION OF EXHIBITS

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: November 22, 2010

**U.S. DISTRICT JUDGE**